UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CHAMBERS OF
FEDERICO A. MORENO
CHIEF U.S. DISTRICT JUDGE
UNITED STATES COURTHOUSE
THIRTEENTH FLOOR
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128

October 17, 2013

Honorable Joseph McKinley
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2012 Filing

Dear Judge McKinley:

I am in receipt of your letter requesting more information in order to close my 2012 Financial Report.

In Part III B, I listed "Law Firm's Income from Murai, Wald, Biondo & Moreno is not reportable". Since       did not have any reportable "Non-investment income" during the reporting period, I should delete the information listed in Part III B, line 2, and the "none" box should be checked.

In Part VII, page 4, lines 1 and 2, I listed "Prudential (I.R.A. Mutual Funds)", as I have done repeatedly for the last few years. I am providing more details as requested by you. The two assets are variable Investment Plan Annuities linked to two Prudential life insurance policies       They have a surrender value as indicated in the form and the funds are kept in Prudential Mutual Funds.

In Part VII, line 6 of 2011 report I listed "Prudential Variable Investments" in error and thus deleted it from the 2012 Report. That general "Prudential Variable Investments" entry has been incorrectly listed in prior reports as well. They were meant to report the Prudential IRA Mutual Funds listed in Part VII page 4, lines 1 and 2 and discussed in the preceding paragraph. Therefore it has been a duplicate entry in the past and I deleted it as such in this report.

I have made the entries you suggest in Part VIII to supplement Part VII, page 4, line 6.

Sincerely,

FEDERICO A. MORENO
U.S. District Judge

| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Moreno, Federico A. | 2. Court or Organization<br><br>Southern District of Florida | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>CHIEF U.S. DISTRICT JUDGE - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>400 North Miami Avenue<br>Room 13-3<br>Miami, Florida 33128 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Federico A. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 1/12-12/12 | Adjunct Professor Stipend - University of Miami Law School | $6,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 1/12-12/12 | Law Firm's Income from Murai, Wald, Biondo, & Moreno is not reportable |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Federico A. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Federico A. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential (I.R.A. Mutual Funds) | C | Interest | K | T | | | | | |
| 2. Prudential (I.R.A. Mutual Funds) | C | Interest | K | T | | | | | |
| 3. Coconut Grove Bank (Checking Account) | A | Interest | K | T | | | | | |
| 4. Prudential Securities - Gas System Revenue Series | A | Int./Div. | K | T | | | | | |
| 5. AXA Equitable Variable Investments Mutual Funds | C | Int./Div. | L | T | | | | | |
| 6. TRowe Price SSGA US Gov't Fd Mutual Funds MET/AIM Cap. App. | | Int./Div. | N | T | | | | | |
| 7. Sabadell Bank Acct#1(formerly Mellon) | C | Interest | N | T | | | | | |
| 8. Marquis Bank | B | Interest | M | T | | | | | |
| 9. First Bank of Florida Money Market Acct #1 | D | Interest | O | T | | | | | |
| 10. First Bank of Florida Checking Acct #2 | A | Interest | J | T | | | | | |
| 11. Sabadell Bank MoneyMkt.Acct#2 | A | Interest | K | T | | | | | |
| 12. Exxon Mobil Corp. | A | Dividend | K | T | Sold | 9/18/12 | K | | |
| 13. McDonalds Corp. | A | Dividend | K | T | Sold | 9/18/12 | K | | |
| 14. Power Shares DB Gold DBL ETN 2X | | | J | T | Sold | 9/18/12 | J | A | |
| 15. Procter & Gamble Co. | A | Dividend | J | T | Sold | 9/18/12 | J | A | |
| 16. CSX Corp. | A | Dividend | J | T | Sold | 9/18/12 | J | A | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Federico A. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This section provides additional information that did not fit in the allotted space in section VII Investments and Trusts.

For #6, the description of the assets did not fit. The description of the assets should read:

T Rowe Price SSGA US Gov't Fd Mutual Funds MET/AIM Cap App Port, Legg Mason Inv. Agg. Growth Pinco, Janus, MFS JP Morgan

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Federico A. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Federico A. Moreno**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544